**SODW**
MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
KOELLER NEBEKER CARLSON & HALUCK, LLP
300 South Fourth Street, Suite 500
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
Attorneys for Defendant,
COLORADO CASUALTY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NIKOLAY B. MILANOV and RENETA T. MILANOVA, <br><br> Plaintiffs, <br><br> vs. <br><br> COLORADO CASUALTY INSURANCE COMPANY; a Colorado Company; DOES I through V, inclusive, <br><br> Defendant. | CASE NO. 2:10-cv-01659-JCM-RJJ <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY AND BETWEEN, Defendant, COLORADO CASUALTY INSURANCE COMPANY, by and through its attorney of record, Ian P. Gillan, Esq., of the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiffs, NIKOLAY B. MILANOV and RENETA T. MILANOVA, by and through their counsel of record, Ben J. Bingham, Esq. of BENSON & BINGHAM, that Plaintiffs will

///
///
///
///
///
///
///
///

93169-1

1 | dismiss their Complaint against Defendant with prejudice, each party to bear its own fees and
2 | costs.
3 | DATED this 4 day of April, 2011.           DATED this 6th day of April, 2011.
4 | BENSON & BINGHAM                            KOELLER, NEBEKER, CARLSON & HALUCK, LLP

By: _____
BEN J. BINGHAM, ESQ.
Nevada Bar No. 7280
11441 Allerton Park Drive, Suite 100
Las Vegas, NV 89135
Attorney for Plaintiffs,
NICOLAY MILANOV and
RENETA MILANOVA

By: _____
IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
300 South Fourth Street, Suite 500
Las Vegas, NV 89101
Attorneys for Defendant,
COLORADO CASUALTY
INSURANCE COMPANY

## ORDER

**IT IS SO ORDERED.**

DATED this 11th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

KOELLER, NEBEKER, CARLSON & HALUCK, LLP

By: _____
IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
300 South Fourth Street, Suite 500
Las Vegas, NV 89101
Attorneys for Defendant,
COLORADO CASUALTY
INSURANCE COMPANY

93169-1